D. S. Meyers, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 168 App. Div. 947, 153 N. Y. Supp. 1143.

SCHOTT, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Julia A. Schott, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

SCHUSLER, Respondent, v. KERTSCHER & CO., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by George H. Schusler against Kertscher & Co. No opinion. Judgment and order unanimously affirmed, with costs.

SCHUTRICK, Respondent, v. DOUGLAS, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Lillian Schutrick against Alexander Douglas. No opinion. Motion to dismiss appeal denied, on condition that defendant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SCHWARTZ v. SABLE. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Isaac Schwartz against Louis A. Sable. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 121.

SCHWEITZER, Respondent, v. LETZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Peter Schweitzer against Hans Letz. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCOTT. (Supreme Court, Appellate Division, First Department. November 12, 1915.) In the matter of William Scott, deceased. Appeal withdrawn. Order filed.

In re SCOVILL et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) In the matter of the judicial settlement of the accounts of Edward Tracy Scovill and another, as executors, etc., of John Hyland, deceased. In the matter of the claim of Margaret E. Clark. No opinion. Order 88 Misc. Rep. 364, 150 N. Y. Supp. 1070, affirmed, with $10 costs and disbursements.

S. C. POSNER, Inc., Appellant, v. JACKSON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by S. C. Posner, Incorporated, against Emanuel A. Jackson and others. E. E. Wise, of New York City, for appellant. No opinion. Judgment affirmed, with costs, on the authority of Posner v. Jackson, 166 App. Div. 920, 152 N. Y. Supp. 1105. Order filed. See, also, 151 N. Y. Supp. 1144.

In re SEAMAN'S ESTATE. (Supreme Court, Appellate Division, First Department. October 22, 1915.) In the matter of the estate of Egbert B. Seaman, deceased. No opinion. Decree affirmed, with costs. Order filed.

SELIGMAN v. FREEHOFF. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Harry Seligman against Louis Freehoff. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SELIGMAN v. FREEHOFF. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Morris Seligman against Louis Freehoff. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SHAMEL et al., Respondents, v. BAVOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by John Shamel and another against Ella Bavor. No opinion. Order affirmed, with costs.

SHARROW, Respondent, v. STADACONA S. S. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Frank Sharrow, as administrator, etc., against the Stadacona Steamship Company. No opinion. Judgment and order affirmed, with costs.

SHEA v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Richard Shea for compensation under the Workmen's Compensation Law (Consol. Laws. c. 67) against the Lehigh Valley Railroad Company, employer.

PER CURIAM. Award affirmed, upon the authority of Matter of Winfield, 168 App. Div. 351, 153 N. Y. Supp. 499.

SMITH, P. J., dissents. KELLOGG, J., not sitting.

SHEAVE, Appellant, v. LEHIGH VALLEY COAL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Joseph Sheave against the Lehigh Valley Coal Company. H. C. Smyth, of New York City, for appellant. C. P. Williamson, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SHEPPARD, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Third Department, October 1, 1915.) Action by John S. Sheppard against Charles S. Fisher. No opinion. Order affirmed, with $10 costs and disbursements.

SHORT, Appellant, v. CORNING & P. P. ST. RY., Respondent. (No. 453). (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by John J. Short against the Corning & Painted Post Street Railway. No opinion. Judgment and order (154 N. Y. Supp. 236) affirmed, with costs.

SIEGEL v. LESE. (Supreme Court, Appellate Division, First Department. October 29;

1915.) Action by Philip Siegel against Louis Lese. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SILVERSTEIN, Respondent, v. ASTORIA BOAT WORKS & MARINE EQUIPMENT CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Harry Silverstein, an infant, etc., against the Astoria Boat Works & Marine Equipment Company, Incorporated, and others. J. Hetherington, of Long Island City, for appellants. A. Midonick, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

SILVERSTEIN, Respondent, v. ASTORIA BOAT WORKS & MARINE EQUIPMENT CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Morris Silverstein against the Astoria Boat Works & Marine Equipment Company, Incorporated, and others. J. Hetherington, of Long Island City, for appellants. A. Midonick, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

In re SIRE. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of Albert I. Sire, as administrator, etc., of David Kutner, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs. See, also, 153 N. Y. Supp. 1144.

In re SIRE. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of Albert I. Sire, as executor, etc., of Anna M. Kutner, deceased. No opinion. Decree of Surrogate's Court of Kings County affirmed, without costs.

SKONISCZNY, Respondent, v. DONATO, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Victoria Skonisczny against Frank Donato. M. L. Stover, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

SLOMAN, Appellant, v. SEIFTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Milton Sloman against Frederick Seifter. No opinion. Order affirmed, with $10 costs and disbursements.

SLOTNICK, Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Trial Term, New York County. Action by Isaac Slotnick against the New York Butchers' Dressed Meat Company. From a judgment entered on a verdict, and from an order denying its motion for a new trial, defend-

ant appeals. Judgment and order reversed, and complaint dismissed. Theodore F. Kuper, of New York City, for appellant. Joseph Goldfein, of New York City, for respondent.

PER CURIAM. The evidence fails to show that the defendant was guilty of negligence, or that the accident happened because of any negligence or improper conduct of the foreman or superintendent. The judgment and order appealed from are therefore reversed, the finding that the defendant was guilty of negligence reversed, and the complaint dismissed, with costs. Order filed.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by William E. T. Smith and others against John J. Bartlett. No opinion. Motion for reargument denied, without costs. See, also, 154 N. Y. Supp. 1145.

SMITH, Respondent, v. CITY OF POUGHKEEPSIE, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Anna Smith against the City of Poughkeepsie. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH et al., Respondents, v. HARRINGTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 2, 1915.) Action by Edward A. Smith and others against Luke M. Harrington and others. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH et al., Appellants, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Martha T. Smith and others against Edward H. L. Smith and others. No opinion. There is no cogent reason why we should dispose of this case upon the merits on the appeal from the order. For aught that appears, the issues can be tried speedily. The merits can be considered upon an appeal from the judgment. Order affirmed, without costs.

SMITH, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Savilla F. Smith, as administratrix, etc., of Christopher Smith, deceased, against the State of New York.

PER CURIAM. Determination affirmed, with costs. See, also, 161 App. Div. 906, 145 N. Y. Supp. 1145.

SMITH, P. J., and LYON, J., dissent.

SNAY, Respondent, v. SVEA FIRE & LIFE INS. CO., LIMITED, OF GOTHENBURG, SWEDEN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Fred Snay against the Svea Fire & Life Insurance Company, Limited, of Gothenburg, Sweden.

PER CURIAM. Judgment and order reversed, as against the evidence, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive, unless